# EXHIBIT A

| | | | |
|---|---|---|---|
| 2120 - Served | 2220 - Not Served | 2620 - Sec. of State | |
| 2121 - Alias Served | 2221 - Alias Not Served | 2621 - Alias Sec. of State | (2/09/10) CCM N081 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

Hispanic Housing Development Corp. d/b/a Squire Village Apartments
**Plaintiff(s)**

v.

Tanisha Farr & all unknown occupants - 1145 Apple Lane, Unit E, Elgin, IL 60120
**Defendant(s)**

Case No. **14 M1 719201**

Rent Amount Claimed: $ 3170.40 + costs/rent thru trial

* Trial Date: 9/5/14    Time: 9am

Court Location: 50 W. Washington, Chicago, IL 60602

Please serve as follows: ☐ Certified Mail  ☑ Sheriff Service  ☐ Alias (Plaintiff check one)

### SUMMONS FOR TRIAL
**BEFORE YOU GO TO COURT, YOU MUST PAY YOUR APPEARANCE FEE.**

You are hereby SUMMONED to Court, however, you must file your appearance and pay the required fee with the Clerk of the Circuit Court's Office at the court location on this form, on or before the date and before the time of the trial. IF YOU DO NOT FILE AN APPEARANCE and contest the claim, a JUDGMENT BY DEFAULT may be entered for the relief requested in the complaint, ordering that you be evicted. If judgment is entered against you, the SHERIFF may evict you. A money judgment may also be entered against you if requested in the complaint.

The Plaintiff(s), named above, has/have filed a complaint in this Court to have you evicted. A true and correct copy of the complaint is attached.

THEREFORE, you, the Defendant(s), after you have filed an appearance, are hereby summoned to appear in person before this Court on* 9/5, 2014 at 9am (a.m.)(p.m.) in Courtroom ____ at 50 W. Washington, Chicago, IL 60602 (Court location), at which time and place a TRIAL will be held on the complaint. (See top of this form if blanks not filled in).

*Not less than 7 days nor more than 40 days after issuance of summons.

SET FOR TRIAL CALL 9:30 A.M. ROOM 1404

### INSTRUCTIONS TO SHERIFF

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than seven (7) days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

Atty. No.: 38522
Name: Marvin Husby III
Atty. for: Plaintiff
Address: 852 W. Armitage
City/State/Zip: Chicago, IL 60614
Telephone: 773-447-3480

WITNESS _DOROTHY BROWN AUG 22 2014_

DOROTHY BROWN, Clerk of Court

DATE OF SERVICE _____,
(To be inserted by officer on copy left with Defendant or other person)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

This form replaces CCMD-81, & 81 A, CCM1-81 & 81A                                             (O

ORIGINAL - COURT FILE

| | | |
|---|---|---|
| 2120 - Served | 2220 - Not Served | 2620 - Sec. of State |
| 2121 - Alias Served | 2221 - Alias Not Served | 2621 - Alias Sec. of State |

(2/09/10) CCM N081

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, FIRST DISTRICT

Hispanic Housing Development Corp. d/b/a Squire Village Apartments

**Plaintiff(s)**

v.

Tanisha Farr & all unknown occupants - 1145 Apple Lane, Unit E, Elgin, IL 60120

**Defendant(s)**

Case No. **14 M1 719201**

Rent Amount Claimed: $ 3170.40 + costs/rent thru trial

*Trial Date: 9/5/14    Time: 9am

Court Location: 50 W. Washington, Chicago, IL 60602

Please serve as follows: ☐ Certified Mail  ☑ Sheriff Service  ☐ Alias (Plaintiff check one)

### SUMMONS FOR TRIAL
**BEFORE YOU GO TO COURT, YOU MUST PAY YOUR APPEARANCE FEE.**

You are hereby SUMMONED to Court, however, you must file your appearance and pay the required fee with the Clerk of the Circuit Court's Office at the court location on this form, on or before the date and before the time of the trial. IF YOU DO NOT FILE AN APPEARANCE and contest the claim, a JUDGMENT BY DEFAULT may be entered for the relief requested in the complaint, ordering that you be evicted. If judgment is entered against you, the SHERIFF may evict you. A money judgment may also be entered against you if requested in the complaint.

The Plaintiff(s), named above, has/have filed a complaint in this Court to have you evicted. A true and correct copy of the complaint is attached.

THEREFORE, you, the Defendant(s), after you have filed an appearance, are hereby summoned to appear in person before this Court on* 9/5, 2014 at 9am (a.m.)(p.m.) in Courtroom _____ at 50 W. Washington, Chicago, IL 60602 (Court location), at which time and place a TRIAL will be held on the complaint. (See top of this form if blanks not filled in).

*Not less than 7 days nor more than 40 days after issuance of summons.

SET FOR TRIAL CALL 9:30 A.M.
ROOM 1404

### INSTRUCTIONS TO SHERIFF

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than seven (7) days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

Atty. No.: 38522
Name: Marvin Husby III
Atty. for: Plaintiff
Address: 852 W. Armitage
City/State/Zip: Chicago, IL 60614
Telephone: 773-447-3480

WITNESS  DOROTHY BROWN  AUG 22 2014

**DOROTHY BROWN, Clerk of Court**

DATE OF SERVICE _____, _____
(To be inserted by officer on copy left with Defendant or other person)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

This form replaces CCMD-81, & 81 A, CCM1-81 & 81A    (OVER)

ORIGINAL - COURT FILE

0005
0006

Complaint (Joint Action) Forcible Detainer-Rent/Damage Claims    CCM N020-60M-3/02/05 (                    )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT/DISTRICT First

Hispanic Housing Development Corp. d/b/a Squire Village Apartments

Plaintiff(s)

v.

Tanisha Farr & all unknown occupants - 1145 Apple Lane, Unit E, Elgin, IL 60120

Defendant(s)

No. 14 M1 719201

Rent or Damage Claimed $ 3170.40 + costs/rent

Return Date  all rents thru trial 9/5/14

## COMPLAINT

The Plaintiff(s) claim as follows:

1. The Plaintiff(s) is/are entitled to the possession of the following described premises in the City or Village of: Tanisha Farr & all unknown occupants - 1145 Apple Lane, Unit E, Elgin, IL 60120

2. The Defendant(s) unlawfully withhold possession thereof from the Plaintiff(s) Hispanic Housing Development Corp. d/b/a Squire Village Apartments.

3. There is due to Plaintiff(s) from the Defendant(s) for rent or for damages for withholding possession of said premises from Jan. 1, 2013, to August 22, 2014 after allowing the Defendant(s) all just credits, deductions and set-offs, the sum of $ 3170.40 + costs/rent thru trial.

The Plaintiff(s) claim(s) possession of the property and $ 3170.40 plus costs & rents thru trial as rent or damages.

Atty. Code: 38522

Name: Marvin Husby

Attorney for: Plaintiff

Address: 852 W. Armitage

City/State/Zip: Chicago, Illinois 60614

Telephone: 773-447-3480

Attorney for Plaintiff(s)

SET FOR TRIAL CALL 9:30 A.M.
ROOM 1404

I/We, Marvin Husby, on oath state that I/we am/are the Plaintiff(s) in the above entitled action. The allegations in this complaint are true.

[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the abovesigned certifies that the statements set forth herein are true and correct.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL COURT FILE