AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

TANISHA FARR

V.

LAW OFFICES OF MARVIN L. HUSBY III

CASE NUMBER: 1:14-cv-07490

ASSIGNED JUDGE: Hon. Joan B. Gottschall

DESIGNATED MAGISTRATE JUDGE: Hon. Mary M. Rowland

TO: (Name and address of Defendant)

Law Offices of Marvin L. Husby III
852 W. Armitage Avenue
Chicago, IL 60614-7226

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ahmad T. Sulaiman
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK
THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE

January 6, 2015

DATE

*SERVED* (watermark)

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JAN 14, 2015 |
| NAME OF SERVER (PRINT) ROBERT AMENITSCH | TITLE AGENT, RJS CONSULTING |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: LAW OFFICES OF MARVIN L. HUSBY III, 852 W. ARMITAGE AVE, CHICAGO, ILL 60614-7226

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 30 MILES | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/14/2015
Signature of Server

15420 S. RT 59 #108
PLAINFIELD, ILL 60544
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.