# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TANISHA FARR, <br><br> Plaintiff, <br><br> v. <br><br> LAW OFFICE OF MARVIN L. HUSBY III, <br><br> Defendant. | 1:14-cv-07490 <br><br> Honorable Joan B. Gottschall |

**MOTION FOR ENTRY OF JUDGMENT**

NOW COMES the Plaintiff, TANISHA FARR ("Tanisha"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., submits this Motion for Entry of Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure against the Defendant, LAW OFFICES OF MARVIN L. HUSBY III ("Husby"), and in support thereof, stating as follows:

1. Tanisha brought this lawsuit against Husby for damages for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA"). The lawsuit seeks statutory and actual damages.

2. On January 14, 2015, Husby was served a copy of the summons and complaint at his office located at 852 W. Armitage Avenue, Chicago, Illinois 60614.

3. On January 29, 2015, the undersigned was contacted by Husby via telephone. During this conversation Husby informed the undersigned that he had not been properly served and asked to have the lawsuit withdrawn.

4. After looking into the matter further, the undersigned called Husby and left a voicemail informing him that service was proper and that the lawsuit would not be dismissed.

1

5.   The undersigned has not heard back from Husby.

6.   On February 27, 2015, the undersigned appeared at a status hearing in front of this Court and stated the facts above.

7.   This court directed the undersigned to bring a motion for judgment and send a copy of that motion to Husby.

8.   Complying with the direction of this Court, Tanisha seeks entry of a judgment amount against Husby in the amount of $1,000.00 in statutory damages pursuant to the FDCPA.

9.   The undersigned further requests leave to file an itemization of the costs and work rendered in this matter as provided for by the FDCPA.

WHEREFORE, Plaintiff TANISHA FARR prays for an entry of Judgment against Defendant THE LAW OFFICE OF MARVIN L. HUSBY III in the amount of $1,000.00 in statutory damages pursuant to the FDCPA. Furthermore, Plaintiff TANISHA FARR requests that this Honorable Court grant leave to counsel for the Plaintiff to provide the court with an itemization of attorney fees and costs.

Dated: March 18, 2015                    Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. ARDC #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015 I caused copies of Plaintiff's **Motion for Entry of Judgment** to be filed pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system. Copies will be served by certified mail by depositing copies of the same, at 900 Jorie Blvd., Oak Brook, Illinois 60523, with proper postage pre-paid, upon the following:

The Law Office of Marvin L. Husby III
852 West Armitage Avenue
Chicago, Illinois 60614

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. ARDC #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188